**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: NOMINATION PETITION OF    :   No. 91 EM 2018
JOHN H. MORLEY, JR. AS CANDIDATE   :
FOR THE DEMOCRATIC NOMINATION   :
FOR SENATOR IN THE GENERAL      :
ASSEMBLY FROM THE FIRST         :
SENATORIAL DISTRICT             :
                                  :
OBJECTION OF STANLEY FIELD AND
MAX NACHEMAN

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2018, the Application for Exercise of King's

Bench Power, the Action for Declaratory Judgment, and the Petition for Leave to File a

Reply are DENIED.